AO 91 (Rev. 11/11) Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

AUG 25 2026 10:45 A

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-DAYTON

United States of America
v.
KISER LOVELY
*Defendant(s)*

Case No. 3:26 mj 353

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 24, 2026 in the county of Montgomery in the Southern District of Ohio, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

Christopher M. Reed
*Complainant's signature*

SA Christopher M. Reed, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means).*

Date: 8/25/2026

*Judge's signature*

City and state: Dayton, Ohio

Caroline Gentry U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Special Agent Christopher M. Reed ("Affiant"), being duly sworn, depose and state the following:

1. I make this affidavit from personal knowledge based on my participation in this investigation, including witness interviews and reports by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

2. I am a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been since May 2008. I am presently assigned to the ATF Columbus Field Division, Dayton Satellite Office. I attended formal training at the Federal Law Enforcement Training Center, where I completed the Criminal Investigator Training Program, and the ATF National Academy, where I completed Special Agent Basic Training. I have received additional training in the enforcement of various criminal statutes enacted in the Gun Control Act of 1968 and the National Firearms Act of 1934. Under 18 U.S.C. § 3051, I am empowered to enforce the criminal laws of the United States. Prior to my employment with ATF, I received additional law enforcement training at the Indianapolis Police Department's Police Academy and served the Indianapolis Metropolitan Police Department for approximately (8) years as a uniformed officer, narcotics detective, and an ATF Task Force Officer.

3. I am currently investigating Federal violations committed by **Kiser LOVELY ("LOVELY")**, namely, 18 U.S.C. § 922(g)(1) – possession of a firearm by a convicted felon.

4. On Monday, August 24, 2026, at approximately 2:46am, Kettering Police Officer Philip Browne conducted a traffic stop on a vehicle in the parking lot of 2901 Wilmington Pk. (McDonald's) for a minor traffic violation.

5. Officer Browne originally observed the vehicle, a red Dodge truck (OH Reg: 056ZVA), near the intersection of Wilmington Pk. and Devon Ave. Officer Browne could see the vehicle did not have a working license plate light. As the vehicle pulled into the parking lot of McDonalds, Officer Browne activated his overhead lights signaling for the vehicle to pull over. The vehicle complied and came to a stop in the parking lot.

6. After the officer approached vehicle, he made contact with the driver, later identified to be Kiser LOVELY, and front seat passenger, later identified as D.M. When LOVELY asked the officer if he had flashed the officer's headlights at him, Officer Browne indicated that he did that to verify that the vehicle did not have a working license plate light. Officer Browne noted that LOVELY was cooperative and had stated the vehicle belonged to his

mother. Officer Browne asked LOVELY if there was anything dangerous or illegal in the vehicle that he needed to be aware of, including firearms. LOVELY stated no. Officer Browne observed D.M. appeared to be extremely nervous.

7. Officer Browne returned to his cruiser to check both LOVELY and the passenger's identifying information. At this time, Officers Matthew Curran and Rhett Burtch arrived on scene to assist. A computer check revealed LOVELY had cautions attached to his record through the Spillman database as being Armed and Dangerous. Further, the information advised of prior incidents where LOVELY was found in possession of a firearm. The passenger D.M. had prior drug related history.

8. Officer Browne returned to the vehicle and had LOVELY step out. The officer then asked LOVELY for consent to search his person. LOVELY asked, "For what?" Officer Browne advised LOVELY of his history of carrying firearms. LOVELY stated, "Never in the car though." LOVELY denied the Officers consent to search his vehicle. The passenger was also asked to exit the vehicle.

9. Officer Browne requested the assistance of a K9 officer. A short time later, K9 Officer Matthew Stull arrived on scene. Once deployed, the K9 gave a positive alert to LOVELY'S vehicle. A search of the vehicle revealed a black bag laying on the floorboard next to the driver's area. Inside the bag, Officer Browne located a Canik, model TP, 9mm pistol. Law enforcement also located two credit cards with LOVELY'S name on them and a red clear plastic baggie containing a suspected controlled substance. LOVELY was taken into custody without incident. A search of his person revealed a bubble-type pipe in his right pocket. Officer Browne believed the pipe was consistent with those used to smoke illegal substances. The items of evidence were collected and later placed into property.

10. On August 24, 2026, at approximately 9:53am, Kettering Police Detective Devin Maloney conducted an interview of LOVELY at the Kettering Police Department Jail located at 3600 Shroyer Rd., Kettering, OH 45429. Prior to the interview, Detective Maloney read LOVELY his Miranda rights from a pre-interview form. LOVELY indicated he understood his rights and agreed to speak with the detective. During the interview, in summary, LOVELY stated he purchased the firearm for protection. Detective Maloney pointed out the serial appeared to have been altered and asked LOVELY if he did it or if it was like that when he purchased it. LOVELY stated that was how he got it. LOVELY further stated he purchased the firearm for $300.00 and bought it in Ohio. LOVELY told the detective he was a heavy user of drugs, specifically "ICE". ICE is street terminology for methamphetamine. LOVELY further stated he had been using ICE since he was 27 years old. The interview concluded shortly thereafter.

11. I have determined that LOVELY has been previously convicted of offenses punishable by greater than a year in prison, based on a review of his computer criminal history (CCH) and court documents. Specifically, LOVELY was convicted in the Common Pleas Court of Montgomery County, Ohio and in the United States District Court for the Southern District of Ohio of the following offenses:

a. Aggravated Assault (serious physical harm), in case number 2018 CR 03688;

b. Aggravated Identity Theft in case number 3:22-cr-24-02;

12. On August 24, 2026, I (an ATF Interstate Nexus Agent) confirmed the Canik, model TP 9, 9mm pistol, had traveled in or affected interstate commerce.

13. Based on the aforementioned facts, I assert that there is probable cause to believe that on August 24, 2026, in the Southern District of Ohio, Kiser LOVELY did commit the following federal offense: 18 U.S.C. § 922(g)(1) Possession of a Firearm by a convicted felon.

**Further affiant sayeth naught.**

Christopher M. Reed

**Christopher M. Reed**
**Special Agent, ATF**
**Dayton, Ohio**

**Subscribed and sworn to ~~before me~~ by telephone on August 25, 2026.**

**United States Magistrate Judge**
Caroline Gentry